LAW OFFICES
# BRODSKY & SMITH

TWO BALA PLAZA, SUITE 805
BALA CYNWYD, PA 19004

610.667.6200
FAX 610.667.9029
www.brodskysmith.com

| NEW JERSEY OFFICE | NEW YORK OFFICE | CALIFORNIA OFFICE |
|---|---|---|
| 1310 KINGS HIGHWAY NORTH | 240 MINEOLA BOULEVARD | 9595 WILSHIRE BLVD., SUITE 900 |
| CHERRY HILL, NJ 08034 | MINEOLA, NY 11501 | BEVERLY HILLS, CA 90212 |
| 856.795.7250 | 516.741.4977 | 310.300.8425 |

April 18, 2024

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*[Handwritten annotation: Conference adjourned from May 10 to June 24, 2024 at 10:30 a.m.; Dial-In: 1-888-363-4749; Code: 3667981. SO ORDERED /s/ PKC USDJ 4-29-24]*

Re:    *William Globokar v. Hess Corporation, et al.*, Case No.: 1:24-cv-01723-PKC

Dear Judge Castel:

   We represent William Globokar ("Plaintiff") in the above referenced matter filed in this Court on March 6, 2024. This communication is made in connection with the Initial Pretrial Conference currently scheduled for May 10, 2024, before this Honorable Court.

   The above-captioned action concerns and is significantly related to a proposed merger transaction involving Hess Corporation ("Hess" or the "Company") and Chevron Corporation ("Chevron") (the "Proposed Transaction"). The Court entered an order on March 12, 2024, directing that an Initial Pretrial Scheduling Conference be held on May 10, 2024.

   On February 26, 2024, Chevron filed a Registration Statement with the United States Securities & Exchange Commission ("SEC"). To date, the Company has not set the date for the shareholder vote to approve the Proposed Transaction. The parties have been in discussion regarding Plaintiff's claims and Defendants have advised that the Company continues to review and consider the disclosure allegations made in the Complaint.

   The parties have met and conferred and agree that an adjournment of the Initial Pretrial Conference until after the close of the Proposed Transaction may aid in the resolution of the action, including the possibility that a supplement to the Registration Statement will moot Plaintiff's claims. To that end, the parties request that the Initial Pretrial Conference scheduled for May 10,

Honorable P. Kevin Castel
April 18, 2024
Page 2

2024, be adjourned and continued until thirty (30) days after the close of the Proposed Transaction. This is Plaintiff's first request for adjournment of the Initial Pretrial Conference. Defendants consent to this request.

                                                    Respectfully,

                                                   */s/ Evan J. Smith*
                                                   Evan J. Smith

cc:    Ryan A. McLeod, Esquire
        Zachary M. David, Esquire