UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GLOBOKAR,<br><br>                Plaintiff,<br><br>vs.<br><br>HESS CORPORATION, JAMES H. QUIGLEY, TERRENCE J. CHECKI, LEONARD S. COLEMAN, JR., LISA GLATCH, JOHN B. HESS, EDITH E. HOLIDAY, MARC S. LIPSCHULTZ, RAYMOND J. MCGUIRE, DAVID MCMANUS, KEVIN O. MEYERS, KARYN F. OVELMEN, and WILLIAM G. SCHRADER.<br><br>                Defendants. | Case No.: 1:24-cv-01723-PKC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff William Globokar ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: June 5, 2024

                                          **BRODSKY & SMITH**

                                          By: *Evan J. Smith*
                                                Evan J. Smith
                                                240 Mineola Boulevard
                                                Mineola, NY  11501
                                                Phone:  (516) 741-4977
                                                Facsimile (561) 741-0626

                                                *Attorneys for Plaintiff*